UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re: Adriatik Rama & Ariola Rama

Chapter: 7

Case No.: 2:11-bk-08800

# Declaration of Evidence of Employers' Payments Within 60 Days

✓ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

✓ Debtor has received the following payments from employers within 60 days prior to the filing of the petition. $2361.23

Debtor declares the foregoing to be true and correct under penalty of perjury.

*[signature]*
Signature of Debtor, Adriatik Rama                    Date March 31, 2011

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.



## Adriatik Rama

Pay Period 03/14/2011 - 03/27/2011

☐ Use Direct Deposit

Earnings

| Item Name | Rate | Hours | Customer:Job |
|---|---|---|---|
| Salary | 1,100.00 | | |
| Totals: | 1,100.00 | 0:00 hrs | |

| | |
|---|---|
| Sick Available | 0:00 |
| Vacation Avail. | 0:00 |
| Sick Accrued | |
| Vac. Accrued | |

☐ Do not accrue sick/vac

Other Payroll Items

| Item Name | Rate | Quantity |
|---|---|---|
| Simple IRA | | |

Employee Summary

How are these items calculated?

| Item Name | Amount | YTD |
|---|---|---|
| Salary | 1,100.00 | 7,700.00 |
| Simple IRA | 0.00 | -4,425.00 |
| Federal Withholding | -51.00 | -102.00 |
| Social Security Employee | -46.20 | -323.40 |
| Medicare Employee | -15.95 | -111.65 |
| AZ - Withholding | -29.70 | -82.64 |

Check Amount: 957.15

Company Summary

How are these items calculated?

| Item Name | Amount | YTD |
|---|---|---|
| AZ - Job Training Tax | 1.10 | 7.00 |
| Social Security Company | 68.20 | 477.40 |
| Medicare Company | 15.95 | 111.65 |
| Federal Unemployment | 8.80 | 56.00 |
| AZ - Unemployment | 5.28 | 33.60 |

OK Cancel Help

◉ Lock Net Pay ○ Unlock Net Pay ☐ Enter net/Calculate gross

C:\Users\Gervais Brand\AppData\Local\temp\Adri's.jpg, 768 x 479 pix., 72 KB

**Adriatik Rama**  Pay Period 02/28/2011 - 03/13/2011

☐ Use Direct Deposit

Earnings

| Item Name | Rate | Hours | Customer:Job |
|---|---|---|---|
| Salary | | 1,100.00 | |

Sick Available 0:00
Vacation Avail. 0:00
Sick Accrued
Vac. Accrued
☐ Do not accrue sick/vac

Totals: 1,100.00  0:00 hrs

Other Payroll Items

| Item Name | Rate | Quantity |
|---|---|---|
| Simple IRA | | |

Employee Summary — How are these items calculated?

| Item Name | Amount | YTD |
|---|---|---|
| Salary | 1,100.00 | 6,600.00 |
| Simple IRA | 0.00 | -4,425.00 |
| Federal Withholding | -51.00 | -51.00 |
| Social Security Employee | -46.20 | -277.20 |
| Medicare Employee | -15.95 | -95.70 |
| AZ - Withholding | -29.70 | -52.94 |

Company Summary — How are these items calculated?

| Item Name | Amount | YTD |
|---|---|---|
| AZ - Job Training Tax | 1.10 | 5.90 |
| Social Security Company | 68.20 | 409.20 |
| Medicare Company | 15.95 | 95.70 |
| Federal Unemployment | 8.80 | 47.20 |
| AZ - Unemployment | 5.28 | 28.32 |

Check Amount: 957.15

[ OK ]  [ Cancel ]  [ Help ]   ● Lock Net Pay  ○ Unlock Net Pay   ☐ Enter net/Calculate gross

C:\Users\Gervais Brand\AppData\Local\temp\Adri's-1.jpg, 757 x 476 pix., 71 KB

**Adriatik Rama**  Pay Period 02/14/2011 - 02/27/2011
☐ Use Direct Deposit

Earnings

| Item Name | Rate | Hours | Customer:Job |
|---|---|---|---|
| Salary | 1,100.00 | | |

Sick Available 0:00
Vacation Avail. 0:00
Sick Accrued
Vac. Accrued
☐ Do not accrue sick/vac

Totals: 1,100.00  0:00 hrs

Other Payroll Items

| Item Name | Rate | Quantity |
|---|---|---|
| Simple IRA | -885.00 | |

Employee Summary — How are these items calculated?

| Item Name | Amount | YTD |
|---|---|---|
| Salary | 1,100.00 | 5,500.00 |
| Simple IRA | -885.00 | -4,425.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -92.40 | -231.00 |
| Medicare Employee | -31.90 | -79.75 |
| AZ - Withholding | -5.81 | -23.24 |

Company Summary — How are these items calculated?

| Item Name | Amount | YTD |
|---|---|---|
| AZ - Job Training Tax | 2.20 | 4.80 |
| Social Security Company | 136.40 | 341.00 |
| Medicare Company | 31.90 | 79.75 |
| Federal Unemployment | 17.60 | 38.40 |
| AZ - Unemployment | 10.56 | 23.04 |

Check Amount: 84.89

[ OK ]  [ Cancel ]  [ Help ]    ● Lock Net Pay  ○ Unlock Net Pay   ☐ Enter net/Calculate gross

C:\Users\Gervais Brand\AppData\Local\temp\Adri's-2.jpg, 760 x 483 pix., 74 KB

## Adriatik Rama

Pay Period 01/31/2011 - 02/13/2011
☐ Use Direct Deposit

### Earnings

| Item Name | Rate | Hours | Customer:Job |
|---|---|---|---|
| Salary | | 1,100.00 | |

Sick Available 0:00
Vacation Avail. 0:00
Sick Accrued
Vac. Accrued
☐ Do not accrue sick/vac

Totals: 1,100.00   0:00 hrs

### Other Payroll Items

| Item Name | Rate | Quantity |
|---|---|---|
| Simple IRA | -885.00 | |

### Employee Summary (adjusted)     How are these items calculated?

| Item Name | Amount | YTD |
|---|---|---|
| Salary | 1,100.00 | 4,400.00 |
| Simple IRA | -885.00 | -3,540.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | 0.00 | -138.60 |
| Medicare Employee | 0.00 | -47.85 |
| AZ - Withholding | 0.00 | -17.43 |

### Company Summary (adjusted)     How are these items calculated?

| Item Name | Amount | YTD |
|---|---|---|
| AZ - Job Training Tax | 0.00 | 2.60 |
| Social Security Company | 0.00 | 204.60 |
| Medicare Company | 0.00 | 47.85 |
| Federal Unemployment | 0.00 | 20.80 |
| AZ - Unemployment | 0.00 | 12.48 |

Check Amount:   215.00

[ OK ]   [ Cancel ]   [ Help ]     ● Lock Net Pay   ○ Unlock Net Pay     ☐ Enter net/Calculate gross

C:\Users\Gervais Brand\AppData\Local\temp\Adri's-3.jpg, 762 x 481 pix., 73 KB



## Adriatik Rama

Pay Period 02/14/2011 - 02/27/2011

☐ Use Direct Deposit

Earnings

| Item Name | Rate | Hours | Customer:Job |
|---|---|---|---|
| Salary | 1,100.00 | | |
| Totals: | 1,100.00 | 0:00 hrs | |

| | |
|---|---|
| Sick Available | 0:00 |
| Vacation Avail. | 0:00 |
| Sick Accrued | |
| Vac. Accrued | |

☐ Do not accrue sick/vac

Other Payroll Items

| Item Name | Rate | Quantity |
|---|---|---|
| Simple IRA | -885.00 | |

Employee Summary

How are these items calculated?

| Item Name | Amount | YTD |
|---|---|---|
| Salary | 1,100.00 | 3,300.00 |
| Simple IRA | -885.00 | -2,655.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -46.20 | -138.60 |
| Medicare Employee | -15.95 | -47.85 |
| AZ - Withholding | -5.81 | -17.43 |

Check Amount: 147.04

Company Summary

How are these items calculated?

| Item Name | Amount | YTD |
|---|---|---|
| AZ - Job Training Tax | 0.40 | 2.60 |
| Social Security Company | 68.20 | 204.60 |
| Medicare Company | 15.95 | 47.85 |
| Federal Unemployment | 3.20 | 20.80 |
| AZ - Unemployment | 1.92 | 12.48 |

OK Cancel Help

◉ Lock Net Pay ○ Unlock Net Pay ☐ Enter net/Calculate gross

C:\Users\Gervais Brand\AppData\Local\temp\Adri's-4.jpg, 773 x 486 pix., 77 KB